UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| COLLEEN YOUNG, | No. 2:19-cv-01952-JDP (SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul COMMISSIONER OF SOCIAL SECURITY, | ECF No. 13 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 23, 2021.

This is a first request. Plaintiff's counsel has three Ninth Circuit opening briefs due prior to this date, along with other work, and while probably not all three and this case can be done within that time, this request is being made, including because the record in this case is over 2,200 pages.

Dated: July 1, 2021                                    /s/   *Jesse S. Kaplan*
                                                       JESSE S. KAPLAN
                                                       Attorney for Plaintiff


                                                       McGREGOR SCOTT
                                                       United States Attorney
                                                       DEBORAH LEE STACHEL
                                                       Regional Counsel, Region IX
                                                       Social Security Administration

Dated: July 1, 2021                                     */s/ per e-mail authorization*

                                                       MARCELO ILLARMO
                                                       Special Assistant U.S. Attorney
                                                       Attorney for Defendant

**ORDER**

The parties' stipulation, ECF No. 13, is construed as a motion. For good cause shown, the motion is granted and the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 23, 2021.

IT IS SO ORDERED.

Dated:   July 2, 2021                                   _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE