UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLLEEN YOUNG,<br><br>        Plaintiff,<br><br>   vs.<br>KILOLO KIJAKAZI[1],<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:19-cv-01952-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>ECF No. 16 |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from August 23, 2021, up to and including September 22, 2021. This is the parties' second request for an extension, as the parties' stipulated to extend Plaintiff's Opening Brief (Dkt. 13).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

There is good cause for this request because counsel for Defendant is one of 27 attorneys in the Region IX Office of the General Counsel who handles civil litigation involving the Social Security program in eight assigned jurisdictions in five states or territories. Since Plaintiff filed her brief on July 21, 2021 (Dkt. 15), the undersigned has filed seven merits briefs or stipulations for voluntary remand in district court cases. Due to ongoing high volumes of cases in jurisdictions that the Region IX Office of the General Counsel handles, some cases have been transferred to other regional offices to allow the redistribution of work within the Region IX Office of the General Counsel. Even with the redistribution, the undersigned has 17 district court briefs due over the next 30 days. An ordinary volume of district court merits briefs for the undersigned would be five to seven briefs per month. As such, the current volume of merits brief deadlines is two to three times what is normal. This case is one in which another regional office will draft the brief, and the undersigned, as counsel of record and Special Assistant U.S. Attorney in this jurisdiction, will review and finalize the brief for filing. As a result, the undersigned requests this extension to coordinate the brief draft, and to review and finalize it for filing.

In short, the undersigned has been diligently working through an unusual volume of litigation, and requests additional time to manage the brief in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 17, 2021 | /s/  *Jesse Kaplan**  <br>(*as authorized via e-mail on 8/17/21)<br>JESSE KAPLAN<br>Attorney for Plaintiff |
| DATED: August 17, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/  *Marcelo Illarmo*<br>MARCELO ILLARMO<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

The parties' stipulation is construed as a motion and granted for good cause shown. ECF No. 16. Defendant shall have an extension, up to and including September 22, 2021, to respond to plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   August 20, 2021                          _____
                                                                   JEREMY D. PETERSON
                                                                   UNITED STATES MAGISTRATE JUDGE